# SWORN STATEMENT IN PROOF OF LOSS

Allstate Vehicle and Property Insurance Company
Policy Number: 000431850-02

Claim Number: 0679099721
Insured: CLOVER MEREDITH

The Undersigned declares Allstate Vehicle and Property Insurance Company issued to CLOVER MEREDITH at 820 3RD ST. HEALDTON, OK, 73438-1654 its policy number 000431850 22, insuring against loss by Fire as specifically provided in its policy. The loss occurred at the following location:

820 3RD ST, HEALDTON, OK, 73438

1. That a loss by Fire occurred around the hour of **12:15** AM / **PM**, on July **21**, 20 **22**. Please describe how the loss occurred: **Fire**

2. This building and/or property described was occupied by **Clover Meredith** for the purpose of:
   ___ Personal residence
   ___ Rental Property
   ___ Commercial or other business property

3. At the time of the loss, please list the party or parties who hold a financial interest or title to the property/structure (example: Owner, Lessee, Purchaser, Mortgagee, Seller, Tenant, etc.):

   Name: **Clover Meredith**   Interest: **Owner**   Phone Number: **580-283-4446**

4. Since this insurance policy went into effect, there has been no assignment or change of interest, use, occupancy, possession, location, or exposure of the property described? ( ) Yes (X) No If yes, please list:

5. At the time of the loss, total dollar amount of insurance for this property was $ **377,467.00**

6. Are there any other policies or other contracts of insurance for this loss? ( ) Yes (X) No If yes, please list:

7. At the time of the loss the Actual Cash Value of personal contents claims is $ **estimate at this time around 70,000.00**

8. The total amount of damages to the structural property for this loss is $ **total loss**

9. The Amounts claimed for all damages (combined total of 7 & 8) and any other damages relative to this property under this policy is: $

   estimated 70,000.00 personal pp
   estimate 120,000.00 home
   _____
   190,000.00

0679099721-01

EXHIBIT 2

... through any action, design, or procurement by the insured or by this ... knowledge of the insured or this affiant to violate the conditions of the policy ... This Proof of Loss represents the whole claim and no property has been saved or has in ... deceive Allstate Vehicle and Property Insurance Company as to the extent of ... information that may be required will be furnished and considered a part of this proof.

By providing we with this Proof of Loss, I acknowledge Allstate Vehicle and Property Insurance Company does not waive any of the policy terms, conditions, exclusions or limitations it may have under the provisions of the policy.

Once the Proof of Loss is completed, signed and notarized, we recommend that you retain a copy for your personal records.

WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

Executed in the State of: Oklahoma

County of: Carter

_Claire Mercedes_ Insured Signature

August 18, 2022

Subscribed and sworn before me this 22nd day of August, 20 22.

_Charee D Lindamood_ Notary Public

[Notary seal: CHEREE D. LINDAMOOD, NOTARY PUBLIC, STATE OF OKLAHOMA, COMM. NO. 20007206, COMM. EXP. 09/07/2024]

06T&0097211UL