# CONTENTS LIST

NAME _____

Claim Number: 0678009721

| 1 Item # | 2 Room | 3 Brand or Manufacturer | 4 Model # | 5 Item Description | 6 Quantity Lost | 7 Item Age Year: Month: | 8 Your Estimated Cost to Replace (each) | 9 Replacement Cost Source | 10 Your Original Cost (each) | 11 Purchase Method (Check, Charge, Cash, Gift) | 12 Originally Purchased From (If gift, list donor's name, address, & phone number) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bath | Ralph Lauren | | Bath Towels | 24 | 6 months | 600 | Ralph Lauren | 600 | Charge | |
| | LR | McGuire Table | | Table | 1 | 6 month | 0 | Custom | 2200 | Gift | |
| | LR | Custom | | Ottoman | 1 | 6 m | 0 | Custom | 2800 | Gift | |
| | LR | Custom | | Lambskin Rug | 1 | 6 m | 0 | Cash | 700 | Gift | |
| | LR | | | Coffee Table | 1 | 6 m | 0 | | 700 | Gift | |
| | LR | Custom | | Leather Tabletop | 1 | 6 m | | | 600 | Gift | |
| | R/C | Bilgrial | | Custom | 1 | 6 m | | | 1300 | Gift | |
| | BR | Beddas | | Chinchilla | 1 | 6 m | | | 3500 | Gift | |
| | LR | Antler Floor Lamp | | | 1 | 6 m | | | 2100 | Gift | |
| | LR | Katy Sockent | | | 1 | 1 yr | | | 12000 | Gift | |
| | Kitch | Mesquite Cutting Board | | | | | | | 100 | | |
| | Kitch | Butcher Block | | | | | | | 1700 | | |
| | Kitch | Bar Chair | | Fresco | 6 | 1 yr | 190 | | | | |
| | BR | Bamboo Dresser | | Custom | | 1 yr | | | 3500 | | |
| | LR | Italian Table | | | 2 | 1 yr | 600 | | 1200 2400 | | |
| | BR | Bed Frame | | Custom | 1 | 1 yr | | Custom | 5400 | | |
| | | Duffle Bag | | Zara | 1 | 1 yr | | | 900 | | |
| | | Luggage | | Rimowa | 1 | 1 yr | | | 1000 | | |
| | BR | Dewalt | | | | | | | | | |

Signature _____


EXHIBIT 3

| ITEM # | DESCRIPTION OF ITEM / NOTES | STORE PURCHASED / MODEL | AGE | QTY | UNIT COST | RCV |
|---|---|---|---|---|---|---|
| | NOTES: | | | | | |
| | **BATHROOM #1** | | | | | |
| 1 | Bath Mat | Dillards | 3m | 1 | 160 00 | |
| 2 | Bath Sets; rugs, etc. | | ~~3m~~ | | | |
| 3 | Bathroom Scales | | | 0 | | |
| 4 | Cleaning Supplies | | 3m | 5 | 40 00 | |
| 5 | Clothes Hamper | Dillards | 3m | 1 | 65 | |
| 6 | Cosmetic Case | | | 0 | | |
| 7 | Cosmetics | Dillards, Ulta | 3m | 30 | 1200 00 | |
| 8 | Decorative Items | " " | 3m | 1 | 100 | |
| 9 | Dentures | | 1yr | 1 | 3600 00 | |
| 10 | Dixie Cup Holder | | | 0 | | |
| 11 | Electric Rollers | | | 0 | | |
| 12 | Electric Styling Wand | Ulta | 1yr | 3 | 300 00 | |
| 13 | Flowers/Plants | | | 0 | | |

## Personal Property Memory Guide

| ITEM # | DESCRIPTION OF ITEM / NOTES | STORE PURCHASED / MODEL | AGE | QTY | UNIT COST | RCV |
|---|---|---|---|---|---|---|
| 14 | Foot Massager | | 1yr | 10 (8) | 1200.00 | |
| 15 | Grooming Supplies | Ulta | 1yr | 5 | 150 | |
| 16 | Hair Brushes/Combs | | 1yr | 2 | 300.00 | |
| 17 | Hair Cutting Set | | 1yr | 3 | 100.00 | |
| 18 | Hair Dryer | | 1yr | 10 | 50.00 | |
| 19 | Hairband/Clips | | 1yr | 2 | 65.00 | |
| 20 | Hand Mirror | | 1yr | 1 | 120.00 | |
| 21 | Heating Pad | | | 8 | | |
| 22 | Hot Water Bottle | | 1yr | 2 | 80.00 | |
| 3 | Makeup Mirror | | 1yr | 2 | 160.00 | |
|  | Manicure Set | | | | | |

NOTES:

### BATHROOM #1 cont'd.

| | | | | | | |
|---|---|---|---|---|---|---|
| Medicinal Products | | | 1yr | 12 | 1000.00 | |
| Paper Products | | | 3m | 12 | 50.00 | |
| Plunger | | | 3m | 2 | 50.00 | |
| Prescription Products | | | 1yr | 10 | 1000.00 | |
| Razors | | | 1m | 8 | 30 | |
| ug | | | 3m | 2 | 130 | |
| ower Caddy | | | 3m | 1 | 60 | |
| ower Curtain | | | | 8 | | |
| wer Curtain Liner | | | | 8 | | |
| Dish Holder | | | 3m | 1 | 20 | |
| hone | | | | 8 | | |
| Bowl Brush | | | 3m | 1 | 20 | |

| 16 | Hair Brushes/Combs | | | | |

## Personal Property Memory Guide

| ITEM # | DESCRIPTION OF ITEM / NOTES | STORE PURCHASED / MODEL | AGE | QTY | UNIT COST | RCV |
|---|---|---|---|---|---|---|
| 37 | Toilet Bowl Brush Holder | | 3m | 1 | 15⁰⁰ | |
| 38 | Toiletries and Perfumes | | 3m | 12 | 200⁰⁰ | |
| 39 | Tooth Brushes | | 1m | 2 | 30⁰⁰ | |
| 40 | Wastebasket | | 1m | 1 | 25⁰⁰ | |
| 41 | Water Glass | | 1m | 1 | 6⁰ | |
| 42 | Water Pik | | 0 | | | |
| 43 | Wicker Basket | | 0 | | | |

NOTES:

### BATHROOM #2

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Bath Mat | | 3m | 1 | | |
| 2 | Bath Sets; rugs, etc. | Dillardo | 3m | 1 | 120⁰⁰ | |
| 3 | Bathroom Scales | | 0 | | | |
| 4 | Cleaning Supplies | | 1m | 5 | 25 | |
| | Clothes Hamper | | 1m | 1 | 30 | |
| | Cosmetic Case | | 0 | | | |
| | Cosmetics | | 0 | | | |
| | Decorative Items | | 0 | | | |
| | Dentures | | 1m | 2 | 40 | |
| | Dixie Cup Holder | | 0 | | | |
| | Electric Rollers | | 0 | | | |

| ITEM |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 33 | Shower Curtain Liner |  |  |  |  |  |
| 34 | Soap Dish Holder |  |  |  |  |  |
| 35 | Telephone |  |  |  |  |  |
| 36 | Toilet Bowl Brush |  |  |  |  |  |
| 37 | Toilet Bowl Brush Holder |  |  |  |  |  |
| 38 | Toiletries and Perfumes |  |  |  |  |  |
| 39 | Tooth Brushes |  |  |  |  |  |
| 40 | Wastebasket |  |  |  |  |  |
| 41 | Water Glass |  |  |  |  |  |
| 42 | Water Pik |  |  |  |  |  |
| 43 | Wicker Basket |  |  |  |  |  |

NOTES:

### LINENS

|  |  |  |  |  | 8 |  |
|---|---|---|---|---|---|---|
| 1 | Afghans |  | Dillards | 8m | 24 | 500 |
| 2 | Bath Towels |  |  | 8m | 4 | 130 |
| 3 | Beach Towels |  |  | 6m | 4 | 530 |
| 4 | Bed Skirts |  |  |  |  |  |
| 5 | Bedspreads |  |  | 1yr | 10 | 1159⁰⁰ |
| 6 | Blankets |  |  | 1yr | 6 | 1800 |
| 7 | Comforters |  |  |  |  |  |

REV 9/1

## Personal Property Memory Guide

| ITEM # | DESCRIPTION OF ITEM / NOTES | STORE PURCHASED / MODEL | AGE | QTY | UNIT COST | RCV |
|---|---|---|---|---|---|---|
| | **KITCHEN cont'd** | | ~~5yr~~ | ~~12~~ | | |
| 25 | Cook Books | Target | 5yr | 6 | 85 | |
| 26 | Cookie Maker | | ~~1yr~~ | ~~18~~ | | |
| 27 | Corning Ware | | 1yr | 10 | 300.00 | |
| 28 | Crock Pot | | 1yr | 2 | 200.00 | |
| 29 | Curtains | Dillards | 6m | 16 | 1940.00 | |
| 30 | Cutlery | | 5yr | 120 | | |
| 31 | Cutting Boards | | 6m | 2 | 80.00 | |
| 32 | Deep Fryer | | 6m | 1 | 200.00 | |
| 33 | Dish Drainer | | 8m | 1 | 25.00 | |
| 34 | Dish Rack | | 8m | 1 | 45.00 | |
| 35 | Dishware | | 8m | 1 | 700.00 | |
| 36 | Dust Pans | | 6m | 1 | 25.00 | |
| 37 | Electric Can Opener | | 3m | 1 | 80.00 | |
| 38 | Electric Fry Pan | | 3m | 2 | 80.00 | |
| 39 | Electric Meat Grinder | | 3m | 1 | 65.00 | |
| 40 | Electric Mixer | | 3m | 1 | 150.00 | |
| 41 | Electric Knife | | | 0 | | |
| 42 | Electric Meat Slicer | | 2m | 1 | 125.00 | |
| 43 | Flatware | | | | | |
| 44 | Flatware Divider | | 3m | 1 | 45.00 | |
| 45 | Food Processor | | | 0 | | |
| 46 | Freezer | | 2m | 1 | 260.00 | |
| 47 | Glass Bowls | | 1yr | 20 | | |
| 48 | Griddle | | 1yr | 2 | | |

| | MODEL | | | |
|---|---|---|---|---|
| 3 Sweaters | | | | |
| 4 Swing | | | | |
| 5 Training Pants | | | | |
| 5 Undershirts | | | | |
| Vaporizer | | | | |
| Walker | | | | |
| NOTES: | | | | |

**INFANTS cont'd.**

| | | | | |
|---|---|---|---|---|
| Winter Jackets/Snowsuits | | | | |
| Hand Sewn Quilts (Heirlooms) | (Amish Quilter) example | ? | 6 | 2000ºº each |
| RF Pro Radio Frequency Machine | Spa + Equipment | 8m | 1 | 3999ºº |