## ADVANCE PAYMENT AGREEMENT

Claim No: 0678009721
Policy No: 000831830292
Policyholders(s): CLOVER MEREDITH
Address of Insured Property: 820 3RD ST
HEALDTON, OK 734381664

Date of Damage: July 21, 2022
Type of Damage: Fire

In consideration of the advance payment described below, the policyholder(s) ("you") and Allstate Vehicle and Property Insurance Company ("we") agree as follows:

Before any benefit can be paid under this policy, you have an obligation to fully comply with all policy requirements in submitting the claim. We have an obligation to investigate and determine if the policy is valid, if the claim is valid and the extent of coverage that may be applicable to the loss, if any. We will continue to investigate the claim. If there are requirements in the policy which you have not yet completed, you need to comply with those requirements.

In the meantime, in good faith and to prevent any undue hardship which this loss may cause you, we advance $5,000 on the loss under the following terms and conditions:

1) that this advance shall not be considered payment under any portion of the policy;

2) that if either the policy or the claim is not valid and payment not required by us, you will repay the advance; and

3) we, in making this advance, reserve and do not waive any right or requirement under the policy described above, whether procedural or substantive.

By signing this agreement, you accept the advance payment fully understanding that we reserve all rights and requirements under the policy described above, including the right to receive from you proper notice and proof of loss, and the right to ask you to take an examination under oath. If the claim is honored, we may apply the advance against any benefit due under the policy, and if it is determined that any part of the policy or the claim is not valid, and no payment is due, you will repay the advance to us in full.

The parties hereby acknowledge and agree to the terms set forth above.

**WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

| POLICYHOLDER(S) | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |
|---|---|
| By: *Clove Meredith*   2022-08-18 16:18:21 CDT | By: _____ |
| Date: _____ | Title: _____ |

PROF002



EXHIBIT 4